UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**CASE NUMBER:** C 10-md-02184 JW (and all associated cases)
**CASE TITLE:** In re Google Inc. Street View Electronic Communications Litigation

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that the above MDL action and the associated cases listed in the attached are reassigned to the Honorable Charles R. Breyer for all further proceedings.

Counsel are instructed that all future filings shall bear the new initials CRBs immediately after the case numbers.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date:   8/31/12

Transferring Judge

Accepting Judge

New Case File Clerk:
    Copies to :   Courtroom Deputies

    Log Noted
    Entered in computer - 9 ballots will be withdrawn

Transferring Case Systems Administrator:
    Copies to :   All Counsel
                  Recipient (Accepting) CSA

# CASE LIST

| | |
|---|---|
| C 10 2187 JW | Matthew Berlage, et al -v- Google Inc. |
| C 10-2306 JW | B. Stokes -v- Google Inc. |
| C 10-3215 JW | Danielle Reyes -v- Google Inc. |
| C 10-3272 JW | Jennifer Locsin, et al -v- Google Inc. |
| C 10-3286 JW | Sharon Sedita, et al -v- Google Inc. |
| C 10-3297 JW | Rick Benitti -v- Google Inc. |
| C 10-3637 JW | Jeffrey Colman -v- Google Inc. |
| C 10-3638 JW | Patrick Keyes, et al -v- Google Inc. |
| C 10-3639 JW | John E. Redstone, et al -v- Google Inc. |
| C 10-3640 JW | Galaxy Internet Services, Inc. -v- Google Inc. |
| C 10-3641 JW | Vicki Van Valin, et al -v- Google Inc. |
| C 10-3642 JW | Stephanie Carter, et al -v- Google Inc. |
| C 10-3715 JW | David Carney -v- Google Inc. |
| C 10-4007 JW | Bejamin Joffe -v- Google Inc. |
| C 10-4079 JW | Bertha Davis, et al -v- Google Inc. |
| C 10-4084 JW | Lilla Marigza, et al -v- Google Inc. |
| C 10-4269 JW | Paul Mulholland -v- Google Inc. |
| C 10-5667 JW | Eric Myhre -v- Google Inc. |
| C 11-1697 JW | Eric Lacerte -v- Google Inc. |
| C 11 3081 JW | Kimberly Costanza, et al -v- Google Inc. |